UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
J.S., *individually and on behalf of his child M.S., a minor,*          :
                                                                        :
                                        Plaintiffs,                     :
                                                                        :            21-cv-6116 (LJL)
                    -v-                                                  :
                                                                        :            ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                                   :
                                                                        :
                                        Defendant.                      :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2022

LEWIS J. LIMAN, United States District Judge:

        Plaintiffs have filed an order to show cause why default judgment should not be entered against the defendant, Dkt. No. 13, and supporting papers, Dkt. Nos. 14 to 19.  Pursuant to the Court's Individual Practices in Civil Cases, Attachment A, which directs plaintiffs seeking a default judgment to proceed by motion for default judgment and *not* by order to show cause, the Court treats the order to show cause as a motion for default judgment.

        Plaintiffs are directed to serve a copy of this Order and the papers at Dkt. Nos. 13 to 19 on the defendant by January 24, 2022.  Defendant's response papers are due by February 7, 2022.  The Court will determine at that time whether a hearing on the motion for default judgment is necessary.

        SO ORDERED.

Dated: January 18, 2022                    _____
        New York, New York                         LEWIS J. LIMAN
                                                   United States District Judge