```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
J.S., individually and on behalf of his child,                    :
M.S., a minor,                                                    :
                                                                  :
                              Plaintiffs,                         :    21-cv-6116 (LJL)
                                                                  :
        -v-                                                       :    ORDER
                                                                  :
NEW YORK CITY DEPARTMENT OF EDUCATION,                            :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/07/2022

LEWIS J. LIMAN, United States District Judge:

    Plaintiff's motion for a default judgment at Dkt. No. 13 is deemed withdrawn and will be treated as a motion for summary judgment on attorneys' fees and costs.

    SO ORDERED.

Dated: February 7, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge